# United States District Court
## Violation Notice

CVB Location Code: **CS81**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7818564 | SANGER | 625 |

7818564

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 9/28/20  1638 | 18 USC 111 |

**Place of Offense:** 720 E SAN YSIDRO

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

ASSAULT ON A POLICE OFFICER

### DEFENDANT INFORMATION

Phone: ( )

Last Name: BORJA    First Name: JOAQUIN

Street Address: [redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

Court Address: 221 W BROADWAY, SAN DIEGO, CA 92101
Date: TBD
Time: TBD

X Defendant Signature: [signed JB]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

I state that on **SEPTEMBER**, 20**20** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **CALIFORNIA**

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/28/20   Officer's Signature: E. Jawyar

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident